RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Opkem Francis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OPKEM FRANCIS,<br><br>    Defendant. | Case No. 2:21-cr-00300-RFB-DJA<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Opkem Francis, that the Change of Plea Hearing currently scheduled on May 2, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

  This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time with Mr. Francis to prepare for his change of plea and presentencing issues. In addition, Mr. Francis needs additional time to address matters in a pending state case.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay but merely to allow counsel for defendant sufficient time to prepare for the change of plea and presentencing issues.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first request for a continuance of the change of plea hearing.

DATED this 27th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ Kimberly A. Sokolich*<br>By_____<br>KIMBERLY A. SOKOLICH<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>OPKEM FRANCIS,<br><br>       Defendant. | Case No. 2:21-cr-00300-RFB-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Monday, May 2, 2022 at 10:00 a.m., be vacated and continued to July 7, 2022 at the hour of 9:00 a.m., in LV Courtroom 7C.

    DATED this 28th day of April, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE